IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| KELLY KING,<br><br>Plaintiff,<br><br>vs.<br><br>RECREATIONAL EQUIPMENT, INC.,<br><br>Defendant. | CV 16–27–M–DLC<br><br>ORDER |

Pursuant to the parties' Stipulation for Dismissal (Doc. 46),

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorneys' fees.

Dated this 12th day of January, 2017.

Dana L. Christensen, Chief Judge
United States District Court